Frank Ervin ALTIZER, Jr., Appellant,

v.

E. L. PADERICK, Superintendent Virginia
State Penitentiary and Andrew P. MIL-
LER, Attorney General of Virginia, Ap-
pellees.

No. 76–1500.

United States Court of Appeals,
Fourth Circuit.

Argued Oct. 8, 1976.

Decided Nov. 12, 1976.

Thomas F. Coates, III, Richmond, Va.
(Coates & Comess, Richmond, Va., on brief),
for appellant.

James E. Kulp, Asst. Atty. Gen. of Vir-
ginia, Richmond, Va. (Andrew P. Miller,
Atty. Gen. of Virginia, Richmond, Va., on
brief), for appellees.

Before BUTZNER, Circuit Judge,
FIELD, Senior Circuit Judge, and HALL,
Circuit Judge.

PER CURIAM:

Frank Ervin Altizer, Jr., a Virginia pris-
oner under convictions for abduction, sod-
omy and rape, filed a petition for habeas
corpus relief pursuant to 28 U.S.C. § 2241.
In his petition Altizer charged that his
rights had been violated by (1) prejudicial
pretrial publicity; (2) denial of a fair and
impartial jury; (3) suggestive pretrial pho-
tographic identification; and (4) introduc-
tion of evidence at his trial which was
seized pursuant to an unconstitutional
search.

The district judge, after a careful review
of the state court record, concluded that
Altizer was not entitled to relief. Upon
consideration of the record, briefs and oral
arguments, we agree with the conclusion of
the district judge and affirm upon his opin-
ion. *Altizer v. Paderick,* 399 F.Supp. 918
(E.D.Va.1975).

AFFIRMED.